UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Kevin A. Fernandes ,
         Debtor

Chapter: 7
Case No: 22–10501
Judge Christopher J. Panos

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that David B. Madoff, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/22/22

By the Court,

Christopher J. Panos
U.S. Bankruptcy Judge